| | |
|---|---|
| 1 | **ARS COUNSEL, P.C.** |
| 2 | Almuhtada Smith (Cal. Bar No. 263762)<br>asmith@arscounsel.com |
| 3 | 515 S. Flower Street, 18th Floor |
| 4 | Los Angeles, CA 90071<br>Telephone: (213) 293-3565 |
| 5 | |
| 6 | Attorney for Plaintiffs |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A TRADITION OF VIOLENCE, LLC, a California limited liability company; and BEN CAMACHO ENTERPRISES LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>GROUND GAME LA, a California nonprofit corporation;<br>PEOPLE ORGANIZED FOR WESTSIDE RENEWAL, a California nonprofit corporation<br>THE CALIFORNIA ENDOWMENT, a California nonprofit corporation;<br>LIBERTY HILL FOUNDATION, a California nonprofit corporation; and<br>DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-3795<br><br>**COMPLAINT FOR:**<br><br>1. **COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**<br>2. **CONTRIBUTORY COPYRIGHT INFRINGEMENT**<br>3. **CONTRIBUTORY COPYRIGHT INFRINGEMENT**<br>4. **VICARIOUS COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

A TRADITION OF VIOLENCE, LLC and BEN CAMACHO ENTERPRISES LLC
vs.
GROUND GAME LA, PEOPLE ORGANIZED FOR WESTSIDE RENEWAL, THE CALIFORNIA ENDOWMENT, and LIBERTY HILL FOUNDATION

Case No.: 2:25-cv-3795

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

GROUND GAME LA

Attn: William T. Przylucki
bill@groundgamela.org
1006 ½ N. Vermont Ave.
Los Angeles, CA 90029

Deborah Greaves
OFFIT KURMAN, PC
445 S. Figueroa Street, 18th Floor
Los Angeles, CA 90071
Deborah.greaves@offitkurman.com

PEOPLE ORGANIZED FOR WESTSIDE RENEWAL

Attn: Meghan Choi
meghan@groundgamela.org
1006 ½ N. Vermont Ave.
Los Angeles, CA 90029

Deborah Greaves
OFFIT KURMAN, PC
445 S. Figueroa Street, 18th Floor
Los Angeles, CA 90071
Deborah.greaves@offitkurman.com

THE CALIFORNIA ENDOWMENT

Attn: Martha I. Jimenez
mjimenez@calendow.org
1000 N. Alameda Street
Los Angeles, CA 90012

Peter G. Siachos
psiachos@grsm.com
Gordon Rees Scully Mansukhani, LLP
633 W 5th St 52nd Fl
Los Angeles, CA 90071

LIBERTY HILL FOUNDATION

Jack McCurley
jmccurley@libertyhill.org
915 Wilshire Boulevard, Suite 700
Los Angeles, CA 90017

COMPLAINT SUMMONS ATTACHMENT #2