**ARS COUNSEL, P.C.**
Almuhtada Smith (Cal. Bar No. 263762)
asmith@arscounsel.com
515 S. Flower St., 18th Floor
Los Angeles, CA 90071
Telephone: (213) 293-3565
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A TRADITION OF VIOLENCE, LLC, a California limited liability company, BEN CAMACHO ENTERPRISES LLC, a California limited liability company' and CERISE CASTLE, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>GROUND GAME LA, et al.<br><br>Defendants. | Case No. 2:25-CV-3795-MRA-JDEx<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>**Hon. Monica Ramirez Almadani**<br>**United States District Judge** |

In response to the Court's Order of July 17, 2025, Plaintiffs A Tradition of Violence LLC, Ben Camacho Enterprises LLC, and Cerise Castle and Defendant Liberty Hill Foundation, by and through their undersigned counsel, stipulate and agree that this matter be dismissed with prejudice as to Liberty Hill Foundation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

A proposed Order is attached hereto for the Court's consideration.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED:  July 23, 2025 | ARS COUNSEL, P.C. |

*/s/ Almuhtada Smith*
Almuhtada Smith
*Attorney for Plaintiffs*

MESSNER REEVES LLP

/s/ *Gregory P. Sitrick (with permission)*
Gregory P. Sitrick
Issac S. Crum
Hettie Haines
*Attorneys for Defendant, Liberty Hill Foundation*

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Almuhtada Smith hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

**STIPULATION OF DISMISSAL WITH PREJUDICE**