IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A TRADITION OF VIOLENCE, LLC, a California limited liability company, BEN CAMACHO ENTERPRISES LLC, a California limited liability company' and CERISE CASTLE, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>GROUND GAME LA, et al.<br><br>Defendants. | Case No. 2:25-CV-03795-MRA-JDEx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon the Stipulation of Plaintiffs A Tradition of Violence LLC, Ben Camacho Enterprises LLC, and Cerise Castle and Defendant Liberty Hill Foundation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED** that this case be dismissed with prejudice as to Liberty Hill Foundation.

Date: July 24, 2025

_____
MONICA RAMIREZ ALMADANI
United States District Judge