# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A TRADITION OF VIOLENCE, LLC, a California limited liability company, BEN CAMACHO ENTERPRISES LLC, a California limited liability company, and CERISE CASTLE, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>GROUND GAME LA, a California nonprofit corporation; PEOPLE ORGANIZED FOR WESTSIDE RENEWAL, a California nonprofit corporation; THE CALIFORNIA ENDOWMENT, a California nonprofit corporation; and DOES 1 through 20, inclusive,<br><br>        Defendant. | Case No. 2:25-cv-3795 MRA (JDEx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE RULE 26(f) DEADLINES AND SCHEDULING CONFERENCE [57]**<br><br>Judge: Hon. Moníca R. Almadani |

The Court, having reviewed the parties' Joint Stipulation and finding good cause, ORDERS:

1. The Scheduling Conference is **CONTINUED** from August 25, 2025, to **October 27, 2025, at 1:30 p.m. in Courtroom 9B.**
2. The deadline for the parties to conduct their Rule 26(f) conference is continued to October 6, 2025, and the deadline for the parties to file their Joint Rule 26(f) Report and email the text-fillable Schedule of Pre-Trial Dates Worksheet to chambers is CONTINUED to October 13, 2025 at 1:30 p.m.
3. All other provisions of the Court's June 13, 2025 "Order Setting Scheduling Conference" remain in effect.

IT IS SO ORDERED.

Dated: August 12, 2025

Hon. Moníca Ramiréz Almadani
United States District Judge