UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-03795-MRA-JDE | Date | October 23, 2025 |
|---|---|---|---|
| Title | *A Tradition of Violence, LLC et al. v. Ground Game LA et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT [49]; DENYING MOTION TO DISMISS AS MOOT [42]; DENYING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**

Before the Court are 1) the California Endowment's Motion to Dismiss (ECF 42); 2) Plaintiffs' Motion for Leave to File a Second Amended Complaint ("SAC") (ECF 49); and 3) a joint stipulation by the parties to continue the October 27, 2025, Scheduling Conference and related Federal Rule of Civil Procedure ("Rule") 26(f) deadlines (ECF 67).

First, the Court **DENIES as moot** the pending Motion to Dismiss (ECF 42) because the California Endowment is no longer a party to this action. *See* ECF 65 (dismissing the California Endowment as a Defendant).

Second, because the Motion to file a SAC is unopposed, the Court **GRANTS** the Motion. Plaintiffs state that they inadvertently filed the incorrect version of their First Amended Complaint, and that this version contained "internal inconsistencies, formatting errors, and [unclear] factual allegations" that Plaintiffs now seek to correct. ECF 49 at 2. Plaintiffs shall file the SAC as a separate docket entry within three (3) calendar days of this Order.

Third, the Court **DENIES** the parties' joint stipulation to continue the Scheduling Conference. The parties shall file a preliminary joint 26 report by **Monday, October 27, 2025, at 10:00 a.m.** In addition, the parties shall be prepared to discuss at the Scheduling Conference why this case should not be consolidated with the related case: *Ground Game La v. Castle et al.*, 2:25-cv-03852-MRA-JPR. The parties will be ordered to file an updated Joint Rule 26(f) report and accompanying pretrial dates worksheet after the Scheduling Conference.

**IT IS SO ORDERED.**

                                                                                            -  :  -

                                            Initials of Deputy Clerk     mku