UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-03795-MRA-JDE<br>2:25-cv-03852-MRA-DMK    JS-6 | Date | April 17, 2026 |
|---|---|---|---|
| Title | *A Tradition of Violence, LLC et al. v. Ground Game LA et al.*<br>*Ground Game LA v. Castle et al.* | | |

Present: The Honorable    MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER CONSOLIDATING CASES**

Before the Court are two related cases: *A Tradition of Violence, LLC et al. v. Ground Game LA et al.*, Case No. 2:25-cv-03795-MRA-JDE, and *Ground Game LA v. Castle et al.*, Case No. 2:25-cv-03852-MRA-DMK.    The Court has reviewed these cases and determined that consolidating them into one action pursuant to Federal Rule of Civil Procedure 42(a) is appropriate.    "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."    Fed. R. Civ. P. 42(a). "District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases."    *Hall v. Hall*, 584 U.S. 59, 77 (2018).    "To determine whether to consolidate, a court weighs the interest of judicial convenience against the potential for delay, confusion and prejudice caused by consolidation."    *Knox v. Yingli Green Energy Holding Co.*, 136 F. Supp. 3d 1159, 1162 (C.D. Cal. 2015) (internal quotation marks omitted).

Here, common questions of law and fact predominate.    Both cases concern the breakdown of a relationship between a non-profit newsroom, Ground Game LA, and its independent-contractor journalists.[1]    These actions were previously deemed related due to their commonality.

---

[1] The Plaintiffs in *A Tradition of Violence, LLC et al. v. Ground Game LA et al.* consist of two limited liability companies owned and operated by the contracting journalists, as well as one journalist, Cerise Castle, who joins the case as an individual plaintiff.    The Defendants in that case are Ground Game LA and People Organized for Westside Renewal, two California nonprofit corporations allegedly involved in misappropriating the work of the Plaintiff journalists.    Both Defendants are represented by the same counsel.    Similarly, the Plaintiff in *Ground Game LA v. Castle et al.* is Ground Game LA, and the Defendants are the individual journalists—Cerise Castle, Benjamin Camacho, Katja Schatte, Morgan Keith—and their non-profit entity, Knock LA. People Organized for Westside Renewal is not a party to the *Ground Game LA* case.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Not only would it save judicial resources to consolidate the cases, but consolidation would not be unduly confusing or cause unwarranted delay or prejudice, given that the attorneys in each case are identical, and the parties are generally the same.[2]   The remaining claims to be adjudicated more closely resemble cross- or counterclaims within the same action rather than two separate actions.

Accordingly, the Court **CONSOLIDATES** these cases into one "Consolidated Action" and **ORDERS** as follows:

1) Every pleading in the Consolidated Action shall have the following caption:

| *In re: Ground Game LA* | Case No. 2:25-cv-03795-MRA-JDE<br><br>Hon. Mónica Ramírez Almadani |
|---|---|
| This Document Relates To: | |

2) The file in **2:25-cv-03795-MRA-JDE** shall constitute the master file for every action in the Consolidated Action.   The Clerk shall administratively close the other action, **2:25-cv-03852-MRA-DMK**.   When the document being filed pertains to both actions, the phrase "Both Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to one, but not both, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for the individual action to which the document applies and the last name of the first-listed plaintiff in said action.

3) This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action with good cause shown.

4) The parties shall file a renewed Joint 26(f) Report proposing new pretrial and trial dates for this action within fourteen **(14) days** of the issuance of this order.

   **IT IS SO ORDERED.**

                                                                    -    :    -

                                           Initials of Deputy Clerk        mku

---

[2] In *A Tradition of Violence, LLC et al. v. Ground Game LA et al.*, the California Endowment and Liberty Hill Foundation were originally named as defendants but have since been dismissed from this lawsuit.   ECF 50, 66.   Defendant People Organized for Westside Renewal is not a party in the related case, but, as stated above, it is represented by the same counsel as Ground Game LA.